IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GINGER MANOS, M. D.,

     Appellant,

v.

COASTAL VASCULAR AND
INTERVENTIONAL, PLLC.,
AND LIFELINE VASCULAR
CENTER NICEVILLE, LLC.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4329

_____/

Opinion filed  November 3, 2015.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Ginger Barry Boyd of Broad and Cassel, Destin, for Appellant.

Jeremy C. Branning, Daniel E. Harrell, and James R. Green, Jr., of Clark, Partington, Hart, Larry, Bond & Stackhouse, Pensacola, for Appellees.

PER CURIAM.

     We affirm the trial court's order granting appellees' motion for temporary injunction.  Appellant's claim that the injunction is overbroad is not preserved

because it was raised for the first time on appeal. However, our affirmance is without prejudice to appellant raising this claim before the trial court.

AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.